In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00254-CR**
_____

**WILLIAM RUSSELL YORK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 13-17280**

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, appellant William Russell York pleaded guilty to aggravated assault. The trial court found the evidence sufficient to find York guilty, but deferred further proceedings, placed York on community supervision for five years, and assessed a fine of $750. The State subsequently filed a motion to revoke York's unadjudicated community supervision. York pleaded "true" to four violations of the conditions of his community supervision. The trial court found that York had violated the conditions of his community

1

supervision, found York guilty of aggravated assault, and assessed punishment at five years of confinement.

York's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On November 18, 2014, we granted an extension of time for York to file a *pro se* brief. We received no response from York. We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Compare Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice


Submitted on February 23, 2015
Opinion Delivered March 18, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

---

[1]York may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

2